JOHN FISHER, PLAINTIFF-RESPONDENT, v. PENNSYL-
VANIA RAILROAD COMPANY, DEFENDANT-APPEL-
LANT.

Decided October 16, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the defendant-appellant, *Bourgeois & Coulomb*.

For the plaintiff-respondent, *Worth & Worth*.

PER CURIAM.

Our examination of the testimony in this cause leads us to the conclusion that the accident was contributed to by the negligence of the plaintiff's servant.

The rule should be made absolute.